IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| BRETT KIMBERLIN<br>8100 Beech Tree Road<br>Bethesda, MD 20817 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 401958-V |
| v. | )<br>)<br>) | |
| THE HOME DEPOT, INC. and<br>HOME DEPOT U.S.A., INC.<br>2455 Paces Ferry Road, N.W.<br>Atlanta, GA 30339 | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on April 14th, 2015, Defendants The Home Depot, Inc. and Home Depot, U.S.A., Inc. filed a Notice of Removal in the United States District Court for the District of Maryland, Greenbelt Division.  A true and correct copy of the Notice of Removal is attached hereto as Exhibit A.  PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the District of Maryland, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court for the District of Maryland, and this Court may proceed no further unless and until the case is remanded.

*[Signatures on following page.]*

Respectfully submitted this 14th day of April, 2015.

/s/ Timothy J. Sullivan

Timothy J. Sullivan
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tjsullivan@kslaw.com

*Counsel for Defendants*

Phyllis B. Sumner
S. Stewart Haskins II
J. Andrew Pratt
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
psumner@kslaw.com
shaskins@kslaw.com
apratt@kslaw.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2015, I served a copy of the foregoing via overnight mail to Plaintiff, as set forth below:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817

_____
Timothy J. Sullivan