**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN                )<br>                                              )<br>           Plaintiff,                     )<br>                                              )<br>           v.                                 )<br>                                              )<br>THE HOME DEPOT, INC., et al.   )<br>                                              )<br>           Defendants.                )  | Case No. 8:15-CV-01079-TDC |

**STATEMENT OF DEFENDANTS
<u>THE HOME DEPOT, INC. AND HOME DEPOT, U.S.A., INC.</u>**

Defendants The Home Depot, Inc. and Home Depot, U.S.A., Inc. ("Home Depot" or "Defendants"),[1] file this Statement pursuant to the Court's Standing Order dated April 15, 2015:

1. Plaintiff Brett Kimberlin ("Plaintiff") served a copy of the summons and Complaint on Defendants on March 31, 2015.

2. The Home Depot, Inc. and Home Depot U.S.A., Inc. are incorporated in the state of Delaware and maintain their principal places of business in Georgia. (Compl. ¶¶ 6–7.) Accordingly, both Defendants are citizens of Delaware and Georgia, and neither Defendant is a citizen of Maryland.

3. Paragraphs 3, 4 and 5 of the Court's Standing Order are not applicable here.

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiff. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer. Home Depot will formally raise this issue at the appropriate juncture.

Respectfully submitted this 21st day of April, 2015,

    */s/ Kevin M. Dinan*
Kevin M. Dinan
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
kdinan@kslaw.com

*Counsel for Defendants*

Phyllis B. Sumner
S. Stewart Haskins II
J. Andrew Pratt
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
psumner@kslaw.com
shaskins@kslaw.com
apratt@kslaw.com

*Of Counsel*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 21st day of April 2015, I caused a true and correct copy of the foregoing to be served on Plaintiff by overnight mail, as set forth below:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817

                */s/Kevin M. Dinan*
                Kevin M. Dinan