IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:15-CV-01079-TDC |
| | ) | |
| THE HOME DEPOT, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. ("Defendants"),[1] respectfully move the Court, pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 12(a)(1)(A), to extend the time within which Defendants are required to answer or otherwise respond to the Complaint in this action, through and including May 21, 2015.  This is Defendants' first request for an extension.

Pro se plaintiff Brett Kimberlin ("Plaintiff") alleges that Home Depot violated Maryland common law and various provisions of Maryland's Personal Information Protection Act (Md. Comm. Code § 14-3501 et seq.) by allegedly failing to take appropriate measures to prevent a criminal intrusion into Home Depot's payment data systems and allegedly failing to provide notice of the breach in a timely manner.  (*See, e.g.*, Compl. ¶¶ 1–4, 20–40.)  Fifty-two putative class actions filed against Home Depot in connection with the data breach have been

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant.  The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiff.  Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.  Home Depot will formally raise this issue at the appropriate juncture.

Case 8:15-cv-01079-TDC   Document 14   Filed 04/21/15   Page 2 of 4

consolidated by the Judicial Panel on Multidistrict Litigation ("JPML") in an MDL proceeding in the United States District Court for the Northern District of Georgia before Chief Judge Thomas W. Thrash, Jr.  *See* Transfer Order, *In re the Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (J.P.M.L. Dec. 11, 2014), attached as Exhibit A; *In re The Home Depot, Inc. Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.).

After removing this case to this Court, Defendants filed a notice of potential tag-along action with the JPML requesting transfer of this case to the MDL pending in the Northern District of Georgia.  *See* April 15, 2015 Notice, *In re the Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (J.P.M.L.), attached as Exhibit B.  On April 17, 2015, the JPML entered a conditional transfer order finding that Plaintiff's lawsuit "involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash" and conditionally transferring this case to the Northern District of Georgia.  Conditional Transfer Order, *In re the Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (J.P.M.L. Apr. 17, 2015), attached as Exhibit C.  The conditional transfer order is automatically stayed for seven days, during which time Plaintiff is afforded the opportunity to object to the order.  *Id.*

In light of the JPML's conditional transfer order, Defendants requested that Plaintiff consent to an extension of Defendants' deadline to respond to the Complaint.  Plaintiff consents to this extension.  A proposed order extending Defendants' time to respond to the Complaint through and including May 21, 2015 is attached hereto as Exhibit D.
2

Respectfully submitted this 21st day of April, 2015,

    /s/ *Kevin M. Dinan*
Kevin M. Dinan
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
kdinan@kslaw.com

*Counsel for Defendants*

Phyllis B. Sumner
S. Stewart Haskins II
J. Andrew Pratt
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
psumner@kslaw.com
shaskins@kslaw.com
apratt@kslaw.com

*Of Counsel*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 21st day of April 2015, I caused a true and correct copy of the foregoing to be served on Plaintiff by overnight mail, as set forth below:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817

                                                      */s/ Kevin M. Dinan*
                                                      Kevin M. Dinan