# Exhibit D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN )  )  Plaintiff, )  )  v. )  )  THE HOME DEPOT, INC., et al. )  )  Defendants. ) | Case No. 8:15-CV-01079-TDC |

**[PROPOSED] ORDER GRANTING CONSENT MOTION**
**TO EXTEND TIME TO RESPOND TO COMPLAINT**

Having considered Defendants' Consent Motion To Extend Time To Respond To Complaint, for good cause shown, it is hereby ordered that the Motion is GRANTED. Defendants shall answer or otherwise respond to the Complaint on or before May 21, 2015, and any response to the Complaint filed by Defendants on or before that date will be deemed timely.

So ORDERED, this ___ day of April, 2015.

_____
THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE